

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| Defendant: | **Vee Pak, LLC fdba Vee Pak Ohio LLC** |
|---|---|
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080490 | $85,226.52 | 10/3/2019 | 27231 | 8/30/2019 | $12,555.84 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080563 | $85,075.81 | 10/10/2019 | 27315 | 9/9/2019 | $877.30 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080563 | $85,075.81 | 10/10/2019 | 27314 | 9/9/2019 | $12,336.69 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080563 | $85,075.81 | 10/10/2019 | 27304 | 9/6/2019 | $15,493.92 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080563 | $85,075.81 | 10/10/2019 | 27303 | 9/5/2019 | $15,304.64 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080563 | $85,075.81 | 10/10/2019 | 27302 | 9/5/2019 | $15,304.64 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080563 | $85,075.81 | 10/10/2019 | 27301 | 9/4/2019 | $3,275.40 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080563 | $85,075.81 | 10/10/2019 | 27300 | 9/4/2019 | $8,678.88 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080563 | $85,075.81 | 10/10/2019 | 27299 | 9/4/2019 | $5,031.74 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080364 | $52,256.62 | 9/26/2019 | 26997 | 8/21/2019 | $17,500.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080490 | $85,226.52 | 10/3/2019 | 27232 | 8/30/2019 | $6,285.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080831 | $32,018.10 | 10/31/2019 | 27386 | 9/27/2019 | $10,382.58 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080490 | $85,226.52 | 10/3/2019 | 27207 | 8/27/2019 | $16,027.20 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080490 | $85,226.52 | 10/3/2019 | 27206 | 8/27/2019 | $15,989.04 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080490 | $85,226.52 | 10/3/2019 | 27205 | 8/27/2019 | $17,496.36 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080490 | $85,226.52 | 10/3/2019 | 27204 | 8/27/2019 | $16,873.08 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080364 | $52,256.62 | 9/26/2019 | 27010 | 8/22/2019 | $6,310.72 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080364 | $52,256.62 | 9/26/2019 | 27000 | 8/22/2019 | $5,742.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080364 | $52,256.62 | 9/26/2019 | 26999 | 8/21/2019 | $3,887.40 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080364 | $52,256.62 | 9/26/2019 | 26998 | 8/21/2019 | $18,816.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080563 | $85,075.81 | 10/10/2019 | 27298 | 9/3/2019 | $19,253.60 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081100 | $58,678.24 | 11/14/2019 | 28093 | 10/11/2019 | $939.56 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081151 | $47,989.85 | 11/26/2019 | 28272 | 10/25/2019 | $15,992.61 |

Vee Pak, LLC fdba Vee Pak Ohio LLC (2266271)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1

# Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081151 | $47,989.85 | 11/26/2019 | 28271 | 10/25/2019 | $16,251.04 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081151 | $47,989.85 | 11/26/2019 | 28270 | 10/25/2019 | $15,746.20 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081113 | $25,578.11 | 11/21/2019 | 28195 | 10/19/2019 | $9,393.63 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081113 | $25,578.11 | 11/21/2019 | 28188 | 10/17/2019 | $5,000.32 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081113 | $25,578.11 | 11/21/2019 | 28187 | 10/17/2019 | $11,184.16 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081100 | $58,678.24 | 11/14/2019 | 28186 | 10/16/2019 | $15,089.56 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081100 | $58,678.24 | 11/14/2019 | 28185 | 10/15/2019 | $15,304.64 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080831 | $32,018.10 | 10/31/2019 | 27384 | 9/27/2019 | $2,688.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081100 | $58,678.24 | 11/14/2019 | 28094 | 10/11/2019 | $12,514.32 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080831 | $32,018.10 | 10/31/2019 | 27385 | 9/27/2019 | $18,947.52 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081100 | $58,678.24 | 11/14/2019 | 27827 | 10/11/2019 | $12,938.76 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080903 | $69,025.93 | 11/7/2019 | 27805 | 10/7/2019 | $8,342.88 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080903 | $69,025.93 | 11/7/2019 | 27804 | 10/4/2019 | $15,213.15 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080903 | $69,025.93 | 11/7/2019 | 27803 | 10/2/2019 | $13,058.67 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080903 | $69,025.93 | 11/7/2019 | 27802 | 10/2/2019 | $2,368.44 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080903 | $69,025.93 | 11/7/2019 | 27801 | 10/1/2019 | $9,331.47 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080903 | $69,025.93 | 11/7/2019 | 27800 | 10/1/2019 | $7,391.70 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080903 | $69,025.93 | 11/7/2019 | 27799 | 10/1/2019 | $15,493.92 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081368 | $8,840.71 | 12/5/2019 | 28306 | 10/29/2019 | $8,840.71 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081100 | $58,678.24 | 11/14/2019 | 28184 | 10/15/2019 | $15,197.10 |

**Totals:** **9 transfer(s),** **$464,689.89**