**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HRB WINDDOWN, INC., *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 19-12689 (BLS)<br><br>(Jointly Administered) |
| Alan D. Halperin, as Liquidating Trustee<br>of the High Ridge Brands Liquidating Trust,<br><br>           Plaintiff,<br><br>vs.<br><br>Vee Pak, LLC fdba Vee Pak Ohio LLC[2],<br><br>          Defendant. | Adv. No. 21-51405 |

**STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above-captioned adversary proceeding be dismissed. This matter has been settled and this dismissal is with prejudice. An answer has been filed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); HRB Winddown, Inc. (f/k/a High Ridge Brands Co.) (5871); GSI Winddown, Inc. (f/k/a Golden Sun, Inc.) (4712); CFL Winddown, Inc. (f/k/a Continental Fragrances, Ltd.) (2541); FCI Winddown, Inc. (f/k/a Freshcorp, Inc.) (3238); COC Winddown, LLC (f/k/a Children Oral Care, LLC) (disregarded entity for tax purposes); and DRF Winddown, LLC (f/k/a Dr. Fresh, LLC) (5167). The mailing address for each of the Debtors is HRB Winddown Inc., c/o Ocean Ridge Capital Advisors, LLC, 56 Harrison Street, Suite 203A, New Rochelle, NY 10801.

[2] The correct name of Defendant is Vee Pak Ohio, LLC. Defendant was erroneously sued as Vee Pak, LLC fdba Vee Pak Ohio, LLC.

Dated: May 18, 2022

BIELLI & KLAUDER, LLC

*/s/ David M. Klauder*
David M. Klauder, Esq., DE SBN 5769
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

*-and-*

ASK LLP
Joseph L. Steinfeld, Jr., Esq.
MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: jsteinfeld@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Plaintiff, Alan D. Halperin, as
Liquidating Trustee of the High Ridge
Brands Liquidating Trust*

Dated: May 19, 2022

BALLARD SPAHR LLP

*/s/ Laurel D. Roglen*
Laurel D. Roglen, Esq, DE SBN 5533
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Email: roglenl@ballardspahr.com

*-and-*

LATHROP GPM LLP
Benjamin C. Struby, Esq.
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Telephone: (816) 4292-2000
Email: benjamin.struby@lathropgpm.com

*Counsel for Defendant, Vee Pak Ohio,
LLC, erroneously sued as Vee Pak, LLC
fdba Vee Pak Ohio LLC*